# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-01369-CJC | Date | February 3, 2016 |
| Title | In Re: Gary J Sroka | | |

**PRESENT:** **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The appeal in the above bankruptcy matter has been assigned to this Court. On December 30, 2015, the Court issued a Certificate of Readiness and set a briefing schedule in this matter. Appellant was ordered to file his opening brief no later than January 29, 2016. To date, and despite the expiration of designated time within which to do so, the Appellant has not filed an opening brief. Accordingly, Appellant is hereby ordered to show cause in writing, on or before **February 17, 2016**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

                                                                             -    :   -

Initials of Preparer   mku

cc: